# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>WESTGATE HOTEL COMPANY, a Wyoming corporation d/b/a The Westgate Hotel,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 19cv2436-LAB (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 10]** |

　　　　The parties' joint motion to dismiss is **GRANTED**. Dkt. 10. This action is **DISMISSED WITH PREJUDICE** as to all parties, with each party to bear its own costs and fees.

　　　　**IT IS SO ORDERED**.

Dated: May 13, 2020

　　　　　　　　　　　　　　　　　　　　*Larry A. Burns*
　　　　　　　　　　　　　　　　　　　　**H**ONORABLE **L**ARRY **A**LAN **B**URNS
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge